

## NUMBER 13-20-00573-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

Relator Allstate Fire and Casualty Insurance Company (Allstate) filed a petition for writ of mandamus and an emergency motion for temporary relief and stay in the above-referenced cause. Allstate asserts that the trial court abused its discretion in denying Allstate's motion to quash the deposition of its corporate representative and it lacks an adequate remedy by appeal. Allstate requests that we issue an order staying the December 23, 2020 order requiring Allstate to proceed with the deposition and the deposition itself, which is currently scheduled for January 6, 2021.

The Court, having examined and fully considered the emergency motion for temporary relief, is of the opinion that it should be granted. Accordingly, we ORDER the December 23, 2020 order allowing the deposition, and the deposition itself, to be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10. The Court requests that the real parties in interest, Larissa Ann Cantu and Julia Gonzales Fuentes, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of January, 2021.